Ranklin Hubert FUSSELL, Appellant,

v.

The STATE of Texas, Appellee.

No. 27291.

Court of Criminal Appeals of Texas.

Jan. 5, 1955.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

Appellant appeals from a conviction for the offense of driving while intoxicated, committed on January 5, 1952 (which was prior to the effective date of Art. 802, Vernon's Ann.P.C., as amended by the Acts of the 53rd Legislature), the jury assessing a fine of $50.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.